ARMED SERVICES BOA RD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Ken Laster Company | ) | ASBCA No. 60845 |
| | ) | |
| Under Contract No. W912BV-09-D-1013 | ) | |

APPEARANCES FOR THE APPELLANT:      Kenneth E. Crump, Jr., Esq.
William C. Searcy, Esq.
Cody A. Reese, Esq.
  Barber & Bartz
  Tulsa, OK

APPEARANCES FOR THE GOVERNMENT:      Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Ronald J. Goodeyon, Esq.
Jennifer A. Aranda, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Tulsa

## ORDER OF DISMISSAL

By letter dated 14 November 2016 to the Board appellant requested that it be allowed to "withdraw" its appeal. During a conference call between the parties and the Board on 21 November 2016 the parties' clarified appellant's request stating that both parties agreed to a dismissal without prejudice. As far as the status of the proceedings goes, the government delayed filing its answer based on the withdrawal request. Accordingly, ASBCA No. 60845 is dismissed without prejudice.

Dated: 22 November 2016

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60845, Appeal of Ken Laster Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2